In the Matter of the Application of WILLIAM H. HURLEY, Appellant, for a Certiorari Order against JOHN C. HUMPHREY, Defendant, and the BOARD OF EDUCATION OF SENECA FALLS UNION FREE SCHOOL DISTRICT, Respondent, and the Trustees Thereof, etc.— Pending appeal a stay is granted of proceedings to enforce involuntary payments of taxes.

ELIZABETHA F. TUNISON, Respondent, v. BUFFALO AND LAKE ERIE TRACTION COMPANY and Others, Appellants.— Appeal dismissed unless appellants shall file and serve printed papers and briefs by November twenty-seventh.

RAYMOND T. JONES, Respondent, v. ADNIA A. WILSON, Appellant, Impleaded with Others.— Appeal dismissed unless appellant shall file and serve printed briefs by November nineteenth.

In the Matter of the Estate of JOANNA M. CAMPBELL, Deceased.— Appeal dismissed unless appellant shall be ready for argument at the January, 1924, term.

EVA KAMINSKI, an Infant, etc., Appellant, v. DIRECTOR-GENERAL OF RAILROADS, Respondent.— Order of dismissal entered September 26, 1922, amended by striking out name of New York Central Railroad Company as defendant and substituting Director-General of Railroads.

RUTH B. VIALL, Respondent, v. LELAND S. VIALL, Appellant.— Appeal dismissed unless appellant shall file and serve printed briefs by November seventeenth.

MARGARET PHILLIPS, Respondent, v. BUFFALO GENERAL HOSPITAL, Appellant. — Appeal dismissed unless appellant shall file and serve printed briefs by November twentieth and be ready for argument when the appeal is reached.

VILLAGE OF ADDISON, Respondent, v. JOHN J. PEPPER, Appellant.— Motion granted and appeal dismissed.

SECONDO BOCCIOLATT, Appellant, v. WILBUR D. McGUIRE and Another, Respondents.— Motion granted and appeal dismissed, with costs.

SHERMAN M. HATHAWAY, Respondent, v. MAX ROSENHECK, Appellant.— Motion granted and appeal dismissed.

MARY A. FOLEY, Appellant, v. JOHN JAMES WOOD and Another, Respondents.— Motion granted and appeal dismissed, with costs.

JOHN DUNN and Another, as Administrators, etc., of SARAH SWARTS, Deceased, Respondent, v. BLANCHE PURPLE, as Executrix, etc., of FRED U. SWARTS, Deceased, Appellant.— Motion granted and appeal dismissed, with costs.

BROOKLYN COOPERAGE COMPANY, Appellant, v. JERSEYFIELD LUMBER COMPANY and Others, Respondents.— Order modified and as modified affirmed, without costs of this appeal to either party. All concur, except Sears and Crouch, JJ., who dissent as to a part of the modification, on the ground that the complaint is not sufficient to warrant the examination on the subjects therein specified.

MITCHELL J. WAZEN, Respondent, v. ROSE DUGGAN, Appellant.— Order modified so as to provide that the motion to dismiss the complaint as to the first and second causes of action be granted, and as so modified affirmed, without costs of this appeal to either party. (See *Weglein* v. *Trow Directory, P. & B. Co.*, 152 App. Div. 705; *Hinds* v. *Parker*, 11 id. 327; *Paul* v. *Fargo*, 84 id. 9.) All concur, except Davis, J., who dissents as to the first cause of action, on the authority of *Moulton* v. *Beecher* (8 Hun, 100) and *Halberstadt* v. *N. Y. Life Ins. Co.* (194 N. Y. 1).